## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| Colleen McKenna, )<br>)<br>Plaintiff, )<br>)<br>– against– )<br>)<br>)<br>TD Bank USA, N.A., and Enhanced Recovery Company, LLC, )<br>)<br>Defendants. ) | Case No.: 1:16-cv-00591<br><br>**<u>NOTICE OF VOLUNTARY DISMISSAL<br>WITH PREJUDICE</u>** |

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Colleen McKenna, through her attorney, Antranig Garibian, Esq., hereby dismisses this action with prejudice.

Dated: August 22, 2016

**GARIBIAN LAW OFFICES, P.C.**

/s/ Antranig Garibian
Antranig Garibian, Esquire (Bar No. 4962)
1010 N. Bancroft Parkway, Suite 22
Wilmington, DE 19805
(302) 722-6885
ag@garibianlaw.com
*Counsel for Plaintiff*